IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD
ADC #133975                                                                                          PLAINTIFF

v.                                         5:18cv00322-JM-JJV

RANDELL, Major, Tucker Max, ADC                                                          DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Charles Ashford ("Plaintiff") is incarcerated at the Tucker Maximum Security Unit of the Arkansas Department of Correction and filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. No. 2.) He also filed a motion to proceed *in forma pauperis*, which I denied because I found that he is a "three striker" and not in imminent danger of serious physical injury. (Doc. Nos. 1, 3.) On January 2, 2019, I directed Plaintiff to file the statutory filing fee of $400.00 within fourteen days. (Doc. No. 3.) Plaintiff was warned that his failure to do so would result in the dismissal of this action without prejudice. (*Id.*)

More than fourteen days have passed since the January 2 Order was entered and Plaintiff has not paid the filing fee. Plaintiff responded to the January 2 Order urging that the alleged multiple physical injuries he received constitute imminent danger. (Doc. No. 4.) After thoroughly reviewing Plaintiff's Complaint, the injuries he allegedly sustained occurred in the past and there is no indication that he is currently in imminent danger. Accordingly, I recommend that this action be dismissed without prejudice.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 24th day of January 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE