# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES ASHFORD, ADC #133975**                           **PLAINTIFF**

v.                   **CASE NO: 5:18-cv-00322 JM**

**RANDELL, Major, Tucker Max, ADC**                          **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint (Doc. No. 2) is dismissed without prejudice.

2. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of February, 2019.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE