IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES ASHFORD, ADC #133975**                      **PLAINTIFF**

v.                 **CASE NO: 5:18-cv-00322 JM**

**RANDELL, Major, Tucker Max, ADC**                      **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 12th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE